UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM H. MUNSEY | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-073 |
| | ) | |
| ROOKIE INMAN, SHERIFF OTTO PURKEY, and HAMBLEN COUNTY DETENTION CENTER MEDICAL STAFF | ) ) ) ) ) | |

## MEMORANDUM and ORDER

William H. Munsey has filed this *pro se* civil rights action for injunctive relief under 42 U.S.C. § 1983, alleging that he was denied medical care, has been served food containing a hair, and is housed in an overcrowded facility. His application to proceed without prepayment of fees is **GRANTED**. However, no service shall issue and the complaint will be dismissed for the following reason.

When the plaintiff filed this action, he was confined in the Hamblen County Detention Center. However, he since has notified the Court that he is no longer incarcerated and that he now has a free world address. (Doc. 8). Thus, all issues concerning injunctive relief with respect to the conditions at the Hamblen County Detention Center have become moot by virtue of plaintiff's release from that facility. *Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir.1996).

Because the plaintiff has asserted only claims for injunctive relief, because those claims are moot, and because this has rendered the entire case **MOOT**, this suit will be **DISMISSED** by a separate order.

**IT IS SO ORDERED.**

ENTER:

        s/ Leon Jordan
United States District Judge